NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IOENGINE, LLC,**
*Appellant*

**v.**

**INGENICO INC.,**
*Appellee*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

---

2021-1227, 2021-1331, 2021-1332

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00416, IPR2019-00879, and IPR2019-00929.

-------------------------------------------------

**INGENICO INC.,**
*Appellant*

**v.**

**IOENGINE, LLC,**
*Appellee*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

————————————

2021-1375, 2021-1376

————————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00879, and IPR2019-00929.

————————————

**ON MOTION**

————————————

**O R D E R**

Ingenico, Inc. moves without opposition to voluntarily dismiss its cross-appeals, Appeal Nos. 2021-1375 and 2021-1376, in the above consolidated action, confirming that the parties agree to each bear their own costs relative to the cross appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  Ingenico's motion to voluntarily dismiss the cross-appeals is granted.  The revised official captions are reflected above.

(2)  Each side shall bear its own costs.

(3)  The Clerk of Court shall transmit a copy of this or-

IOENGINE, LLC v. INGENICO INC.                                    3

der to the merits panel assigned to this case.

FOR THE COURT

January 9, 2023                          /s/ Peter R. Marksteiner
        Date                             Peter R. Marksteiner
                                         Clerk of Court

ISSUED AS A MANDATE (as to only Appeal Nos. 2021-1375 and 2021-1376): January 9, 2023